IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-01920-MSK-OES

SUZANNE J. CHARA,

    Plaintiff,

v.

J.D. EDWARDS & CO.,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    THIS MATTER having come before the Court on the Stipulation for Dismissal with Prejudice filed by Plaintiff and Defendant, and the Court having been fully advised in the premises,

    IT IS HEREBY ORDERED that the Complaint and the within action brought by Plaintiff are hereby dismissed in their entirety with prejudice, each party to pay his/its own

costs, expenses, and attorney fees.

DATED this 6th day of September, 2005.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge